UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-00001-MCE-KJN

**ORDER**

Pursuant to the parties' Joint Notice of Settlement, the Court hereby vacates all currently set dates. Not later than sixty (60) days following the date this Order is electronically filed, the parties are directed to file a Joint Stipulation for Dismissal.

IT IS SO ORDERED.

Dated: June 9, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE