UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company; and Does 1-10,<br><br>    Defendants, | **Case No**. 2:16-CV-00001-MCE-KJN<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

    Pursuant to the parties' stipulation, the deadline for filing of a stipulation of dismissal by Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company ("Defendant") is hereby extended to September 06, 2016.

    IT IS SO ORDERED.

Dated:  August 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE