UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company; and Does 1-10,

    Defendants,

**Case No**. 2:16-CV-00001-MCE-KJN

ORDER TO EXTEND DATE FOR FILING DISMISSAL

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendant WENDY'S INTERNATIONAL, LLC ("Defendant") hereby stipulate to extend the deadline to file a Joint Stipulation for Dismissal to October 05, 2016.

IT IS SO ORDERED.

Dated: September 7, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE