UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company; and Does 1-10,<br><br>    Defendants, | **Case No**. 2:16-CV-00001-MCE-KJN<br><br>ORDER TO EXTEND DATE FOR FILING DISMISSAL |

Pursuant to the parties' stipulation, the deadline to file a Joint Stipulation for Dismissal is extended to November 03, 2016.

IT IS SO ORDERED.

Dated: October 18, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Order                                                       2:16-CV-00001-MCE-KJN