# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>WENDY'S INTERNATIONAL, LLC, an Ohio Limited Liability Company; and DOES 1-10,<br><br>          Defendants. | Case No. 2:16-cv-00001-MCE-KJN<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: January 1, 2016<br>Trial Date:         None<br>District Judge:  Hon. Morrison C. England, Jr.<br>Place:                Courtroom 14, Sacramento<br>Mag. Judge:     Hon. Kendall J. Newman<br>Place:                Courtroom 15, Sacramento |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice. Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

**Dated: November 3, 2016**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE